UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM A. RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>OPPENHEIMER & CO., INC.; OPPENHEIMER HOLDINGS INC.; OPPENHEIMER ASSET MANAGEMENT, INC.; MARK WEINBERG; DOE DEFENDANTS 1 through 100; ROE CORPORATE DEFENDANTS 1 through 100,<br><br>Defendants. | Case No.: 2:11-cv-02078-GMN (PAL)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR FILING MOTION OR ANSWER IN RESPONSE TO AMENDED COMPLAINT**<br><br>Date:<br>Time:<br>Ctrm:    Hon. Gloria M. Navarro |

### ORDER

Based upon Defendants' Unopposed Motion, and for good cause shown, it is hereby Ordered that Defendants shall have until July 31, 2013, to file their answer, motion, or other response to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated this 22 day of July, 2013

_____
UNITED STATES DISTRICT JUDGE

- ii -