# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM A. RICHARDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OPPENHEIMER & CO., INC.;<br>OPPENHEIMER HOLDINGS INC.;<br>OPPENHEIMER ASSET<br>MANAGEMENT, INC.; and MARK<br>WEINBERG,<br><br>　　　　　Defendants. | Case No.: 2:11-cv-02078-GMN (PAL)<br><br>**ORDER GRANTING UNOPPOSED MOTION AND PROPOSED ORDER TO EXTEND TIME FOR FILING MOTION TO DISMISS AMENDED COMPLAINT** |

For good cause shown, Defendants shall have until Friday, August 2, 2013 to answer, move, or otherwise respond to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

Dated this 2nd day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE