UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM A. RICHARDSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OPPENHEIMER & CO., INC.;<br>OPPENHEIMER HOLDINGS INC.;<br>OPPENHEIMER ASSET<br>MANAGEMENT, INC.; and MARK<br>WEINBERG,<br><br>　　　　Defendants. | Case No.: 2:11-cv-02078-GMN (PAL)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR FILING MOTION TO DISMISS AMENDED COMPLAINT** |

　　For good cause shown, Defendants shall have until Monday, August 26, 2013 to file their Reply in Support of their Motion to Dismiss.

　　IT IS SO ORDERED.

　　**DATED** this 23rd day of August, 2013.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro
　　　　　　　　　　　　　　　　　　　　United States District Judge

DOCUMENT PREPARED ON RECYCLED PAPER