DAVID Z. CHESNOFF
Nevada Bar No. 2292
RICHARD A. SCHONFELD
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563

Attorneys for Plaintiff
WILLIAM A. RICHARDSON

RODNEY ACKER (TX State Bar No. 00830700)
email: rodney.acker@nortonrosefulbright.com
PETER A. STOKES (TX State Bar No. 24028017)
email: peter.stokes@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas  75201-27841
Telephone:   (214) 855-8000
Facsimile:    (214) 892-9494

[Additional Counsel Continued on Next Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM A. RICHARDSON. <br><br> Plaintiff, <br><br> v. <br><br> OPPENHEIMER & CO., INC.; OPPENHEIMER HOLDINGS INC.; OPPENHEIMER ASSET MANAGEMENT, INC., ALBERT LOWENTHAL, ROBERT LOWENTHAL, GREG WHITE and MARK WEINBERG, <br><br> Defendants. | Case No. 2:11-cv-02078-GMN (PAL) <br><br><br> **STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE** |

1  J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
2  KARIE N. WILSON, ESQ
Nevada Bar No. 7957
3  **ALVERSON TAYLOR**
**MORTENSON & SANDERS**
4  7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
5  Telephone:  (702) 384-7000
Facsimile:  (702) 385-7000
6
7  Attorneys for Defendants OPPENHEIMER &
CO., INC.; OPPENHEIMER HOLDINGS INC.;
OPPENHEIMER ASSET MANAGEMENT,
8  INC., ALBERT LOWENTHAL, ROBERT
LOWENTHAL, GREG WHITE and MARK
9  WEINBERG

10

11         Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff William A.

12  Richardson ("Plaintiff") and Defendants Oppenheimer & Co., Inc., Oppenheimer

13  Holdings Inc., Oppenheimer Asset Management, Inc., Albert Lowenthal, Robert

14  Lowenthal, Greg White and Mark Weinberg ("Defendants"), by and through their

15  respective counsel of record, stipulate and request the Court to order as follows:

16         1.     That the Court enter a final judgment dismissing this suit with

17  prejudice, with the judgment not affecting the right of Plaintiff or Defendants to

18  enforce the confidential Settlement Agreement between them or waiving any rights

19  available to them under the Settlement Agreement, which the Parties agree has been

20  duly executed and is fully enforceable; and

21         2.     That each party shall bear their own respective costs and attorneys'

22  fees.

23

24

25

26

27

28

- 1 -

1

2    Dated:  December 30, 2015    PETER A. STOKES

3                        **NORTON ROSE FULBRIGHT US LLP**

4

5                       By: /s/ Peter A. Stokes

                           Peter A. Stokes

6

7                       Attorney for Defendants OPPENHEIMER & CO., INC.; OPPENHEIMER HOLDINGS INC.; OPPENHEIMER ASSET MANAGEMENT, INC., ALBERT LOWENTHAL, ROBERT LOWENTHAL, GREG WHITE and MARK WEINBERG

8

9

10   Dated:  December 30, 2015    DAVID Z. CHESNOFF

                         **CHESNOFF & SCHONFELD**

11

12                     By:   /z/ David Z. Chesnoff

                         David Z. Chesnoff

13

14                     Attorney for Plaintiff WILLIAM A. RICHARDSON

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED ON RECYCLED PAPER

**CERTIFICATE OF SERVICE**

I certify that I filed a copy of this document through the ECF system on December 30, 2015, which caused electronic service on all counsel of record.

/s/ Peter A. Stokes
Peter A. Stokes

DOCUMENT PREPARED
ON RECYCLED PAPER