1  DAVID Z. CHESNOFF
   Nevada Bar No. 2292
2  RICHARD A. SCHONFELD
   Nevada Bar No. 6815
3  CHESNOFF & SCHONFELD
   520 South Fourth Street
4  Las Vegas, Nevada 89101
   (702) 384-5563
5
   Attorneys for Plaintiff
6  WILLIAM A. RICHARDSON

7  RODNEY ACKER (TX State Bar No. 00830700)
   email: rodney.acker@nortonrosefulbright.com
8  PETER A. STOKES (TX State Bar No. 24028017)
   email: peter.stokes@nortonrosefulbright.com
9  **NORTON ROSE FULBRIGHT US LLP**
   2200 Ross Avenue, Suite 3600
10 Dallas, Texas  75201-27841
   Telephone:   (214) 855-8000
11 Facsimile:   (214) 892-9494

12 [Additional Counsel Continued on Next Page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM A. RICHARDSON. <br><br> Plaintiff, <br><br> v. <br><br> OPPENHEIMER & CO., INC.; OPPENHEIMER HOLDINGS INC.; OPPENHEIMER ASSET MANAGEMENT, INC., ALBERT LOWENTHAL, ROBERT LOWENTHAL, GREG WHITE and MARK WEINBERG, <br><br> Defendants. | Case No. 2:11-cv-02078-GMN (PAL) <br><br> **STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE** |

J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ
Nevada Bar No. 7957
**ALVERSON TAYLOR MORTENSON & SANDERS**
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
Telephone:  (702) 384-7000
Facsimile:    (702) 385-7000

Attorneys for Defendants OPPENHEIMER & CO., INC.; OPPENHEIMER HOLDINGS INC.; OPPENHEIMER ASSET MANAGEMENT, INC., ALBERT LOWENTHAL, ROBERT LOWENTHAL, GREG WHITE and MARK WEINBERG

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff William A. Richardson ("Plaintiff") and Defendants Oppenheimer & Co., Inc., Oppenheimer Holdings Inc., Oppenheimer Asset Management, Inc., Albert Lowenthal, Robert Lowenthal, Greg White and Mark Weinberg ("Defendants"), by and through their respective counsel of record, stipulate and request the Court to order as follows:

1. That the Court enter a final judgment dismissing this suit with prejudice, with the judgment not affecting the right of Plaintiff or Defendants to enforce the confidential Settlement Agreement between them or waiving any rights available to them under the Settlement Agreement, which the Parties agree has been duly executed and is fully enforceable; and

2. That each party shall bear their own respective costs and attorneys' fees.

- 1 -

1
2   Dated:  December 30, 2015          PETER A. STOKES
3                                       **NORTON ROSE FULBRIGHT US LLP**
4
5                                       By: /s/ Peter A. Stokes
                                            Peter A. Stokes
6
                                        Attorney for Defendants OPPENHEIMER &
7                                       CO., INC.; OPPENHEIMER HOLDINGS INC.;
                                        OPPENHEIMER ASSET MANAGEMENT,
8                                       INC., ALBERT LOWENTHAL, ROBERT
                                        LOWENTHAL, GREG WHITE and MARK
9                                       WEINBERG

10  Dated:  December 30, 2015          DAVID Z. CHESNOFF
                                        **CHESNOFF & SCHONFELD**
11
12
                                        By:   /z/ David Z. Chesnoff
13                                            David Z. Chesnoff

14                                      Attorney for Plaintiff WILLIAM A.
                                        RICHARDSON
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

DOCUMENT PREPARED
ON RECYCLED PAPER

**CERTIFICATE OF SERVICE**

I certify that I filed a copy of this document through the ECF system on December 30, 2015, which caused electronic service on all counsel of record.

/s/ Peter A. Stokes
Peter A. Stokes

DOCUMENT PREPARED ON RECYCLED PAPER

| | |
|---|---|
| 1 | DAVID Z. CHESNOFF |
|   | Nevada Bar No. 2292 |
| 2 | RICHARD A. SCHONFELD |
|   | Nevada Bar No. 6815 |
| 3 | CHESNOFF & SCHONFELD |
|   | 520 South Fourth Street |
| 4 | Las Vegas, Nevada 89101 |
|   | (702) 384-5563 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | WILLIAM A. RICHARDSON |

7  RODNEY ACKER (TX State Bar No. 00830700)
   email: rodney.acker@nortonrosefulbright.com
8  PETER A. STOKES (TX State Bar No. 24028017)
   email: peter.stokes@nortonrosefulbright.com
9  **NORTON ROSE FULBRIGHT US LLP**
   2200 Ross Avenue, Suite 3600
10 Dallas, Texas  75201-27841
   Telephone:  (214) 855-8000
11 Facsimile:   (214) 892-9494

12 J. BRUCE ALVERSON, ESQ.
   Nevada Bar No. 1339
13 KARIE N. WILSON, ESQ
   Nevada Bar No. 7957
14 **ALVERSON TAYLOR**
   **MORTENSON & SANDERS**
15 7401 W. Charleston Boulevard
   Las Vegas, Nevada 89117
16 Telephone:  (702) 384-7000
   Facsimile:   (702) 385-7000
17
   Attorneys for Defendants OPPENHEIMER &
18 CO., INC.; OPPENHEIMER HOLDINGS INC.;
   OPPENHEIMER ASSET MANAGEMENT, INC.,
19 ALBERT LOWENTHAL, ROBERT
   LOWENTHAL, GREG WHITE and MARK
20 WEINBERG

21

22               UNITED STATES DISTRICT COURT
                      DISTRICT OF NEVADA
23

| | | |
|---|---|---|
| 24 | WILLIAM A. RICHARDSON. | Case No. 2:11-cv-02078-GMN (PAL) |
| 25 | Plaintiff, | |
| 26 | v. | |
| 27 | OPPENHEIMER & CO., INC.; | **FINAL JUDGMENT** |
|    | OPPENHEIMER HOLDINGS INC.; | |
| 28 | OPPENHEIMER ASSET | |

- 1 -

| | |
|---|---|
| 1 | MANAGEMENT, INC., ALBERT LOWENTHAL, ROBERT LOWENTHAL, GREG WHITE and MARK WEINBERG, |
| 2 | |
| 3 | Defendants. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Plaintiff's Stipulated Voluntary Dismissal With Prejudice, the Court orders as follows:

1. This suit is dismissed with prejudice.

2. This judgment shall not affect the right of Plaintiff William A. Richardson ("Plaintiff") and Defendants Oppenheimer & Co., Inc., Oppenheimer Holdings Inc., Oppenheimer Asset Management, Inc., Albert Lowenthal, Robert Lowenthal, Greg White and Mark Weinberg ("Defendants") to enforce the confidential Settlement Agreement between them and shall not operate to waive any rights available to Plaintiff or Defendants under the Settlement Agreement, which the Parties agree has been duly executed and is fully enforceable.

3. Each party shall bear their own respective costs and attorneys' fees.

4. This is a final judgment.

SIGNED this 31 day of December, 2015

_____
UNITED STATES DISTRICT JUDGE